UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:09-M-1675-1

| United States Of America | ) | |
| --- | --- | --- |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| Bryant K. Marsh | ) | |

On November 7, 2009, defendant Bryant K. Marsh appeared before the undersigned, and, pursuant to a plea of guilty to DWI-Level 5 in violation of 18 U.S.C. § 13 assimilating N.C. G.S. 20-138.1 and Speeding in Excess of 15 MPH Above Fixed Limits in violation of 18 U.S.C. § 13 assimilating N.C.G.S. 10-141 (j1), was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing today, the court finds as a fact that Bryant K. Marsh, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to follow the instructions of the probation officer.
3. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 21 days with credit for time served since defendant's arrest on July 6, 2010.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 12th day of July, 2010.

James E. Gates
U.S. Magistrate Judge